JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA FRANCO, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>DR. BRITE NATURALS,<br><br>*Defendant*. | Case No.: 8:25−cv−00999−JVS−KES<br><br>**ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL [12]** |

Before the Court is the Parties' Notice for Dismissal. For good cause shown, it is **ORDERED** that:

1. The notice is **APPROVED** and
2. This case is **DISMISSED** in its entirety, with any and all claims that were or could have been asserted by Plaintiff Alma Franco against Defendant dismissed **WITHOUT PREJUDICE** and dismissed **WITHOUT PREJUDICE** as to the putative class members' claims.

1

The Court's order to show cause [Dkt No. 11] is discharged.

**IT IS SO ORDERED.**

DATED: August 26, 2025

_____
Honorable James V. Selna
Judge of the District Court